```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

CONSTANCE FAYE KEFFER,

    Plaintiff,

v.                                CIVIL ACTION No. 1:08-0212

WENDY'S INTERNATIONAL, INC.,

    Defendant.

### MEMORANDUM OPINION AND ORDER

        Pending before the court is defendant's motion for summary judgment. (doc. # 34).  Because there remain genuine issues of material fact which preclude the entry of summary judgment, that motion is DENIED.

        The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

        **IT IS SO ORDERED** this the 20th day of April, 2009.

                              ENTER:

                              */s/ David A. Faber*
                              David A. Faber
                              Senior United States District Judge